## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 July 2013 while exercising my duties as a law enforcement officer in the _District_ District of MA

[handwritten narrative, largely illegible]

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/13/2013   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | MA13 |
| Violation Number | 1738985 |
| Officer Name (Print) | Russ |
| Officer No. | 1307 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | USC / CFR / State Code |
|---|---|---|
| 07/13/2013 16:13 | MPL 90 §24 | State Code |

Place of Offense: Quebec St Fort Devens

Offense Description: Operating under the Influence

### DEFENDANT INFORMATION

Last Name: HAIGIS   First Name: PETER   M.I.: O

Tag No.: 664754 D   State: [redacted]   Year: 06   Make/Model: FORD   Color: GRAY

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT →

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. DISTRICT COURT, 595 MAIN STREET, WORCESTER, MA 01608

Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy
(Rev. 03/2008)